UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADEBOLA ADEBIMPE,<br><br>Defendant. | Case No. 12-cr-00054-JSW-2<br><br>**ORDER DENYING REQUEST FOR TAX REFUND**<br><br>Re: Dkt. No. 781 |

For the reasons articulated in the Government's response (Dkt. No. 785), the Court DENIES Defendant's request for a tax refund. This ruling is without prejudice to Defendant renewing her request in the future, subject to any exhaustion requirements.

The Court notes that the copy of the Order issued on August 17, 2022 and served on Defendant, was returned as undeliverable. The Court will continue to serve Defendant at her last known address, but if Defendant intends to seek relief from the Court, she must keep it apprised of any changes in her address. If the Government has a current address for Defendant, the Court directs it to serve a copy of this Order on her and to file proof of service with the Court.

**IT IS SO ORDERED**.

Dated: September 27, 2022

_____
JEFFREY S. WHITE
United States District Judge